**UNITED STATES of America,**
**Appellee,**

v.

**Eduardo RODRIGUEZ–RODRIGUEZ,**
**also known as Eddie Randy**
**Rodriguez, Appellant.**

**No. 01–1406.**

United States Court of Appeals,
Eighth Circuit.

Submitted Oct. 4, 2001.

Filed Oct. 10, 2001.

Before BYE, RICHARD S. ARNOLD,
and BEAM, Circuit Judges.

PER CURIAM.

Eduardo Rodriguez–Rodriguez pleaded guilty to illegally reentering the United States after deportation, in violation of 8 U.S.C. § 1326. The district court[1] sentenced Rodriguez–Rodriguez to 96 months imprisonment and 3 years supervised release. On appeal, his attorney has filed a brief and moved to withdraw under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Counsel argues that the district court should have granted a downward departure; however, counsel did not move for one below, and we conclude that the district court did not plainly err in declining to grant a departure sua sponte. *See United States v. Montanye*, 996 F.2d 190, 192 (8th Cir.1993) (en banc).

Having found no nonfrivolous issues for appeal upon our independent review pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we affirm the judgment of the district court, and we grant counsel's motion to withdraw. *See* 8th Cir. R. 47B.

---

1. The Honorable Mark W. Bennett, Chief Judge, United States District Court for the Northern District of Iowa.